ACCEPTED
01-17-00732-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/20/2018 10:07 AM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS OF TEXAS
## FIRST JUDICIAL DISTRICT

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/20/2018 10:07:14 AM
CHRISTOPHER A. PRINE
Clerk

**DONALD FOSTER**              §

                              §

**VS.**                        §        CASE NO. 01-17-00732-CR

                              §

**STATE OF TEXAS**             §

## MOTION FOR LEAVE TO FILE LATE BRIEF

Appellant Donald Foster moves the Court for leave to file his brief, filed with this motion. The brief was due March 14, 2017. In support, appellant would show:

1.      Counsel decided to include an issue previously rejected. Further the brief required extensive revision and editing.

In view of the foregoing, appellant asks the Court to accept the brief with this motion. This motion is made on March 20, 2018 in the interests of justice and effective assistance.

Respectfully submitted,
**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

*/s/ Melissa Martin*
MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on March 20, 2018.

*/s/ Melissa Martin*
MELISSA MARTIN